623 A.2d 816

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant,**

v.

**Francis L. FOSTER.**

Supreme Court of Pennsylvania.

Argued April 5, 1993.

Decided April 30, 1993.

Timothy P. Wile, Harrisburg, for Com., Dept. of Transp.

William E. Scott, Fairless Hills, for Francis L. Foster.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed. *See Commonwealth v. Danforth,* 530 Pa. 327, 608 A.2d 1044 (1992).